## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE COURTRIGHT : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | No.: 21-1170 |
| v. : | |
| : | |
| WAL-MART, INC. : | |
| d/b/a Wal-Mart : | |
| : | |
| Defendant. : | |

## STIPULATION OF DISMISSAL

The parties to this civil action, Michelle Courtright and Walmart, by their undersigned attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-captioned action is dismissed with prejudice, each party bearing its own costs and attorneys' fees.

*/s/ Julia W. Clark*  
Julia W. Clark  
Karpf, Karpf & Cerutti, P.C.  
*Counsel for Plaintiff*

*/s/ Rachel Fendell Satinsky*  
Rachel Fendell Satinsky  
LITTLER MENDELSON, P.C.  
*Counsel for Defendant*

Date: November 11, 2022